IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:16cr47CWR-LRA

JOHN PATRICK WOODS

18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(d)
18 U.S.C. § 922(j)
18 U.S.C. § 922(j)
18 U.S.C. § 922(j)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(ii)

**The Grand Jury charges:**

COUNT 1

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, having been convicted previously of a felony, that is a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

COUNT 2

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, knowingly received and possessed a firearm to wit: Spike Tactical Brand, model SL15, serial number SAR65653, multi caliber semi-automatic short barrel rifle, with said barrel measuring less than 18 inches and not registered to him in the National Firearms Registration and Transfer Record, in violation of

Sections 5841, 5861(d), 5871, Title 26, United States Code.

### COUNT 3

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, knowingly possessed a stolen firearm, to wit: a Springfield Inc. brand, .357 Sig Caliber semi-automatic pistol model XD-357, serial number US335643, which had been previously shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

### COUNT 4

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, knowingly possessed a stolen firearm, to wit: a Spike Tactical brand, multi-caliber semi-automatic short barrel rifle model SL15, serial number SAR65653, which had been previously shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

### COUNT 5

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, knowingly possessed a stolen firearm, to wit: a Taurus brand .45 LC caliber/410 gauge The Judge model, five shot revolver, serial number IT148048, which had been previously shipped and transported in

interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

## COUNT 6

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 7

That on or about December 30, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOHN PATRICK WOODS**, knowingly possessed a firearm, to wit: a Taurus brand .45 LC caliber/410 gauge The Judge model, five shot revolver, serial number IT148048, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

1. One (1) Springfield In, brand, model XD-357, .357 Sig caliber semi-automatic pistol, serial number US335643
2. One (1) Spike Tactical Brand, model SL15, serial number SAR65653, multi caliber semi-automatic rifle
3. One (1) Taurus brand .45 LC caliber/410 gauge The Judge model, five shot revolver, serial number IT148048
4. Five (5) rounds of Remington brand 410 gauge ammunition
5. Fifteen (15) rounds of Remington brand, HD Ultimate Home Defense buckshot type, 410 gauge ammunition
6. Ten (10) rounds of Winchester brand, PDX1 410 Defender type 410 gauge ammunition
7. Twenty (20) rounds of Federal Premium brand, Personal Defense 410 Handgun buckshot type, 410 gauge ammunition
8. Seven (7) rounds of Hornady brand .357 Sig caliber ammunition
9. Fifty (50) round of Remington brand .357 Sig caliber ammunition
10. Forty (40) rounds of Remington brand 300 AAC Blackout caliber ammunition
11. Four (4) rounds of Hornady brand 300 AAC Blackout caliber ammunition
12. Fifteen (15) rounds of Hornady brand 300 AAC Blackout caliber ammunition
13. Eighteen (19) rounds of Hornady brand 300 AAC Blackout caliber ammunition
14. Two (2) Magpul 30 round capacity magazines

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this

notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

GREGORY DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 28th day of June, 2016.

UNITED STATES MAGISTRATE JUDGE